IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| SHERYLL CHALKER and BOBBY CHALKER, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CV 121-054 |
| FAMILY DOLLAR STORES OF GEORGIA, LLC, and DEFENDANTS A, B, C, and D, | ) ) ) ) ) | |
| Defendants. | ) | |

**O R D E R**

On March 31, 2022, the Court stayed the civil motions deadline through May 31, 2022, so the parties could engage in private mediation. (Doc. no. 25.) On June 8, 2022, the parties reported they have not conducted the mediation due to scheduling difficulties, and they request an extension of the stay. (See doc. no. 27). The Court grants the request and extends the stay through July 29, 2022. The Court will not grant any further extension requests. The parties shall advise the Court as to the status of the case by no later than August 1, 2022, and if the case is not resolved, the last day for filing civil motions including Daubert motions, but excluding motions in limine, shall be September 1, 2022.

SO ORDERED this 9th day of June, 2022, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA